Rickey J. SHEPARD, Plaintiff–Appellant,

v.

Doug CATOE, Director of South Carolina Department of Corrections; Rickie Harrison, Warden; Stanley Burtt, Associate Warden; Barbara Skeen, Director of Medical Services; NFN Cooke, Nurse Supervisor, Defendants–Appellees.

No. 01–6460.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Rickey J. Shepard, pro se. Vinton DeVane Lide, Vinton D. Lide & Associates, Lexington, SC, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Rickey Shepard, a state inmate, appeals the district court's order dismissing for failure to state a claim his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Shepard v. Catoe*, No. CA–99–3107–7–19–BG (D.S.C. Feb. 28, 2001). We further deny Shepard's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*